**FILED
CLERK**

11:12 am, May 10, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Darien Rivera,

                Plaintiff(s),

v.

TrueAccord Corp.

                Defendant(s).

Case No: 2:21-cv-01095-GRB-ARL

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Darien Rivera and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant(s) TrueAccord Corp. .

DATED: May 7, 2021



                **BARSHAY, RIZZO & LOPEZ, PLLC**

                By: s/ *David M. Barshay*
                David M. Barshay, Esquire
                445 Broadhollow Road | Suite CL18
                Melville, New York 11747
                Tel: (631) 210-7272
                Fax: (516) 706-5055
                Our File No.: BRL21116
                *Attorneys for Plaintiff*

Dated: 5/10/2021
So Ordered.  The Clerk of the Court is directed to close this case.
/s/ **Gary R. Brown**
GARY R. BROWN, U.S.D.J.